# EXHIBIT A

Case 1:22-cv-00064-LY Document 1-3 Filed 01/24/22 Page 2 of 8

Filed 12/14/2021 9:50 AM
Pam Bean
District Clerk
Mason County, Texas
Ayla Reyes

NO. 216016

| | | |
|---|---|---|
| **ALICIA MIGNON CHANEY**<br>**Plaintiff,** | § § § § | **IN THE DISTRICT COURT** |
| **v.** | § § § § § § | _____ **JUDICIAL DISTRICT** |
| **DOLGENCORP OF TEXAS, INC.,**<br>**D/B/A DOLLAR GENERAL STORES,**<br>**INC.**<br>**Defendant.** | § § § § | **MASON COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF THE COURT:**

NOW COMES **ALICIA MIGNON CHANEY**, hereinafter called "Plaintiff", complaining of and about **DOLGENCORP OF TEXAS, INC., D/B/A DOLLAR GENERAL STORES, INC.** hereinafter called "Defendant" and for cause of action shows unto the Court the following:

## I.
## DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 3 of the *Texas Rules of Civil Procedure* §190.2 and affirmatively pleads that she seeks monetary relief aggregating more than $250,000 but less than $1,000,000, excluding statutory or punitive and penalties, costs, expenses, prejudgment interest, and attorney fees.

## II.
## PARTIES AND SERVICE

2. Plaintiff **ALICIA MIGNON CHANEY** is an individual and resident of Texas.

Plaintiff's Original Petition

3. Defendant **DOLGENCORP OF TEXAS, INC., D/B/A DOLLAR GENERAL STORES, INC.,** is a company conducting business in Texas and can be served through its registered agent Corporation Service Company, 211 E. 7th St., Suite 620 Austin, Texas 78701 or the CEO of Dolgencorp of Texas, Steven R. Deckard at 100 Mission Ridge Goodlettsville, Tennessee 37072.

## III.
## JURISDICTION AND VENUE

4. The subject matter in controversy is within the jurisdictional limits of this Court.

5. This Court has proper jurisdiction over the parties because Defendant is a resident of Texas and/or conducts business in the State of Texas.

6. Venue in Mason County is proper in this cause under Section 15.002(a)(1) of the *Texas Civil Practice and Remedies Code* because in this county all or a substantial part of the events or omissions giving rise to the claim occurred.

## IV.
## FACTS

7. On or about April 07, 2020, in Mason County, Texas, Plaintiff was exiting her vehicle in the parking lot on Defendant's premises at Dollar General. Plaintiff was walking in the parking lot when she stepped and fell into a ditch in the parking lot on Defendant's premises. There was no curb, railings, or guardians in place to prevent Plaintiff from falling into the ditch. Additionally, Defendant did not provide adequate warning of the dangerous condition of the ditch in the parking lot where Plaintiff was located. Defendant also failed to timely remove a dangerous condition on their premises.

8. Plaintiff was proximately caused serious injuries and damages by falling on the condition caused by Defendant that Defendant did not properly make safe or warn Plaintiff of.

## V.
## PREMISES LIABILITY

9. Plaintiff incorporates paragraphs 1 through 8 as if fully set forth verbatim herein.

10. At all relevant times Plaintiff was an invitee on Defendant's premises. As an invitee, Defendant owed Plaintiff a duty to prevent unreasonable and foreseeable injury to Plaintiff based on Defendant's knowledge of the danger.

11. Defendant's employees had actual knowledge or reasonably should have known of the dangerous condition and did not fix or remove the unreasonably dangerous condition. Defendant did not properly warn Plaintiff of the unreasonably dangerous condition they had created and/or were aware of.

12. Further, nothing Plaintiff did or failed to do was in any way a cause or contributing factor to this incident. Defendant's conduct amounted to a breach of Defendant's duties to Plaintiff, and such breach proximately caused injuries and damages to Plaintiff.

## VI.
## PLAINTIFF'S DAMAGES

13. Plaintiff seeks unliquidated damages within the jurisdictional limits of this Court.

14. As a direct and proximate result of Defendant's breach of duty, Plaintiff was caused to incur the following damages:

   A. Reasonable past medical care and expenses. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the incident complained of herein, and such charges are reasonable and were usual and customary charges for such services in the county where Plaintiff was treated;

   B. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;

   C. Physical pain and suffering in the past;

   D. Physical pain and suffering in the future;

    E.    Mental anguish in the past;

    F.    Mental anguish in the future;

    G.    Impairment in the past;

    H.    Impairment in the future;

    I.    Lost wages;

    J.    Loss of past earning capacity; and

    K.    Loss of future earning capacity.

## VII.
## CONDITIONS PRECEDENT

17. All conditions precedent have been performed or have occurred.

## VIII.
## NOTICE OF INTENT TO USE PRODUCED DOCUMENTS

18. Pursuant to *Texas Rule of Civil Procedure* 193.7 Plaintiff hereby gives notice of intent to use all documents produced by any party including Defendant in response to written discovery requests propounded in all pretrial proceedings and trial.

## IX.
## JURY DEMAND

19. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## X.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that Defendant be cited to appear and answer herein, and that upon a jury trial of the cause, judgment be entered for Plaintiff against Defendant, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the highest legal rate;

costs of court; and such other and further relief to which Plaintiff may be entitled at law or in equity.

## XI.
## INITIAL DISCLOSURES

Pursuant to Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose, at or within thirty (30) days of Defendant's filing of its first answer, the information or material described in Rule 194.2(b)(1-12), of the *Texas Rules of Civil Procedure.*

Respectfully submitted,

SANDOVAL l JAMES, PLLC

By: */s/ Yudovich Yarrito*
Benedict "Ben" James
Texas Bar No.: 24058518
Benedict.James@sj-lawfirm.com
Yudovich Yarrito
Texas Bar No.: 24096611
Yudo.Yarrito@sj-lawfirm.com
Esteban Sandoval
Texas Bar No.: 24083789
Esteban.Sandoval@sj-lawfirm.com
4807 Spicewood Springs Road,
Bldg 2, Suite 100
Austin, TX 78759
Tel.: (512) 382-7707
Fax: (512) 382-6646
**Attorneys for Plaintiff**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Drew Beglau on behalf of Benedict James
Bar No. 24058518
drew.beglau@sj-lawfirm.com
Envelope ID: 59994358
Status as of 12/14/2021 10:45 AM CST

Associated Case Party: Alicia Mignon Chaney

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Yudo Yarrito | | Yudo.yarrito@sj-lawfirm.com | 12/14/2021 9:50:28 AM | SENT |
| Andre Mackey | | andre.mackey@sj-lawfirm.com | 12/14/2021 9:50:28 AM | SENT |
| Maria Leos | | maria.leos@sj-lawfirm.com | 12/14/2021 9:50:28 AM | SENT |
| Dora Hernandez | | dora.hernandez@sj-lawfirm.com | 12/14/2021 9:50:28 AM | SENT |
| Drew Beglau | | drew.beglau@sj-lawfirm.com | 12/14/2021 9:50:28 AM | SENT |
| Nora Alonso | | Nora.Alonso@sj-lawfirm.com | 12/14/2021 9:50:28 AM | SENT |
| Emma Smith | | emma.smith@sj-lawfirm.com | 12/14/2021 9:50:28 AM | SENT |

## CITATION – Personal Service: TRC 99

**THE STATE OF TEXAS**  **COUNTY OF MASON**

**CAUSE NO. 216016**

TO: DOLGENCORP OF TEXAS INC., DBA DOLLAR GENERAL STORES, INC. (R.A.: CORPORATION SERVICE COMPANY); 211 E. 7TH ST., SUITE 620 AUSTIN TEXAS 78701 (or wherever he/she may be found)

**Notice to defendant:** You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

| Court: | 452nd DISTRICT COURT<br>MASON, TX  76856 |
|---|---|
| Cause No.: | 216016 |
| Date of Filing: | 14th day of December, 2021 |
| Document: | PLAINTIFF'S ORIGINAL PETITION |
| Parties in Suit: | ALICIA MIGNON CHANEY, Plaintiff(s)<br>INC. D/B/A DOLLAR GENERAL STORES, INC DOLGENCORP OF TEXAS, Defendant(s) |
| Clerk: | Pam Beam, District Clerk<br>Mason, TX  76856 |
| Party or Party's Attorney: | BENEDICT "BEN" JAMES; 4807 SPICEWOOD SPRINGS RD.; BLDG 2, SUITE 100; AUSTIN, TEXAS 78759; 512-382-7704 |

Issued under my hand and seal of this said court on this the 14th day of December, 2021.



Pam Beam, District Clerk
452nd DISTRICT COURT
Mason County, Texas

By _____
AYLA REYES, DEPUTY

### Service Return

Came to hand on the _____ day of _____, 20___ , at _____m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named , , , in person a true copy of this citation, with attached copy(ies) of the PLAINTIFF'S ORIGINAL PETITION at _____.

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

Service Fee: $ _____                                              _____ Sheriff/Constable
                                                                                         _____ County, Texas

Service ID No. _____                                          _____ Deputy/Authorized Person

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure.  I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Mason County 452nd DISTRICT COURT to serve process. Subscribed and sworn to before me on this the _____ day of _____, 20___

_____ Notary Public

** Service by Rule 106 TRC if directed by attached Court Order.